# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**ASHLAND AVE INVESTMENTS LLC,**

**Plaintiff,**

**vs.**                                                             Case No. 14 cv 07745

**MARQUETTE NATIONAL BANK, AS TRUSTEE
UNDER A TRUST AGREEMENT DATED
DECEMBER 2, 1998 AND KNOWN AS TRUST
NUMBER 14662, MAY TOY, GEE TOY, SAU KUEN
LU TOY,**

**Defendants.**

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE AND SALE

Now Comes Plaintiff, ASHLAND AVE INVESTMENTS LLC, by and through its attorneys, Johnson, Blumberg & Associates, LLC, and pursuant to Section 15-1506(a) of the Illinois Mortgage Foreclosure Law (735 ILCS 5/15-1506(a)), moves for the entry of a judgment of foreclosure and sale. In support of the indebtedness due, and attached hereto as Exhibit A, is the Affidavit of Travis Behl.

                                                            Respectfully submitted,

                                                            Ashland Ave Investments LLC

                                                            By: /s/ Rebecca M.R. Weininger
                                                                    One of its attorneys

Rebecca M.R. Weininger
Johnson, Blumberg & Associates, LLC
230 West Monroe Street, Suite 1125
Chicago, Illinois 60606
312-541-9710
rweininger@johnsonblumberg.com