## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**ASHLAND AVE INVESTMENTS LLC,**

**Plaintiff,**

**vs.**                                                            Case No. 14 cv 07745

**MARQUETTE NATIONAL BANK, AS TRUSTEE**          Judge John J. Tharp, Jr.
**UNDER A TRUST AGREEMENT DATED**
**DECEMBER 2, 1998 AND KNOWN AS TRUST**
**NUMBER 14662, MAY TOY, GEE TOY, SAU KUEN**
**LU TOY,**

**Defendants.**

### JUDGMENT ORDER

This cause being heard pursuant to this Court's Order dated April 29, 2016, due notice having been served, and this Court being fully advised;

IT IS HEREBY ORDERED that Judgment in the amount of $**1,060,794.24** is entered against the Defendant, May Toy, and in favor of the Plaintiff, Ashland Ave Investments LLC, in connection with Count II of Plaintiff's Complaint.

The Court finds that there is no just reason for delay of enforcement or appeal of this Judgment, because the foreclosure sale pursuant to Count I will not take place for at least three months due to the redemption period afforded to the mortgagor pursuant to applicable state law.

_____
Dated: July 29, 2016                                    John J. Tharp, Jr.
                                                        United States District Judge

Rebecca Weininger
Noah Weininger
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711
JB&A # COM IL 13 0003