## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Ashland Ave Investments LLC**

,

Plaintiff(s),

v.

Marquette National Bank et al.,

Defendant(s).

Case No.  14-cv-7745

Judge  John J. Tharp, Jr.

### ORDER

Motion hearing held. Defendant's motion to proceed in forma pauperis on appeal [99] is denied without prejudice; Defendant may submit a revised affidavit addressing the deficiencies discussed in open court. Defendant's motion for leave to file to file a motion for relief from final judgment [103] is granted. Defendant's motion for relief from final judgment [104] is denied, for the reasons stated on the record.

Date:  9/1/2016

John J. Tharp, Jr.
United States District Judge