## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ashland Ave Investments LLC

                    Plaintiff,

v.
                                  Case No.: 1:14–cv–07745

                                  Honorable John J. Tharp Jr.

Marquette National Bank, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 28, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendant Toy's Emergency Motions to Vacate or Stay the Foreclosure [121] and To Set Aside Order or Judgment [122] are denied for reasons stated on the record and which will be set forth in an Order to follow. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.